AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2: 19-MJ-02503 | Date and time warrant executed:<br>6/19/19 9:45 AM | Copy of warrant and inventory left with:<br>SEAN & KATHLEEN CAMARENA |
| Inventory made in the presence of: SPECIAL AGENT R. CATANZANO | | |

Inventory of the property taken and name of any person(s) seized:

1. SAMSUNG GALAXY S5 CELL PHONE (MODEL SAMSUNG-SM-G900A), SN RF8G90ZRT 4M

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/21/19

_____
*Executing officer's signature*

SPECIAL AGENT DAN THOMPSON
*Printed name and title*